IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 14-cv-02580-CMA-NYW | Date: | May 13, 2015 |
| Courtroom Deputy: | Brandy Simmons | FTR: | NYW COURTROOM C-205 |

| *Parties* | *Counsel* |
|---|---|
| CHRISTOPHER H. BROWN, | *Patrick Joseph Collins* |
| | *Patrice Bernadette Collins* |
| **Plaintiff,** | |
| v. | |
| PAUL LEWANDOWSKI, | *Michael Reid Davis* |
| **Defendant.** | |

## COURTROOM MINUTES/MINUTE ORDER

**STATUS CONFERENCE**

Court in Session:  4:04 p.m.

Appearance of counsel.

Parties discuss possible resolution related to the pending motions.

Argument held on Defendant's Motion to Deny Without Prejudice Plaintiff's Motion for Leave, for Failure to Meet and Confer [25] filed May 8, 2015.

Parties are directed to D.C.COLO.LCivR 7.1 regarding the obligation to meet and confer and allow adequate time for response.

**ORDERED: Defendant's Motion to Deny Without Prejudice Plaintiff's Motion for Leave, for Failure to Meet and Confer [25] is DENIED.**

Court in Recess:  4:20 a.m.        Hearing concluded.        Total time in Court:  00:16

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.