IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 14-cv-02580-CMA-NYW

CHRISTOPHER H. BROWN,

    Plaintiff,

v.

PAUL LEWANDOWSKI,

    Defendant.

---

**ORDER AFFIRMING MAY 14, 2015 SUPPLEMENTAL RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

---

    This matter is before the Court on the May 14, 2015 Supplemental Recommendation by United States Magistrate Judge Nina Y. Wang that Defendant Paul Lewandowski's Motion to Dismiss for Plaintiff's Failure to File Required Certificate of Review Within 60 Days of Service ("Motion to Dismiss") (Doc. # 7) be denied.  The Supplemental Recommendation is incorporated herein by reference.  *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

    The Supplemental Recommendation advised the parties that specific written objections, if any were to be made, were due within fourteen (14) days after being served with a copy of the Supplemental Recommendation.  (Doc. # 31 at 4.)  No objections to Magistrate Judge Wang's Supplemental Recommendation were filed by either party.  "In the absence of timely objection, the district court may review a

magistrate [judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings.")).

The Court has reviewed all the relevant pleadings concerning Defendant's Motion to Dismiss and the Supplemental Recommendation. Based on this review, the Court concludes that Magistrate Judge Wang's thorough and comprehensive analyses and supplemental recommendations are correct and that "there is no clear error on the face of the record." Fed. R. Civ. P. 72 advisory committee's note to 1983 amendment. Therefore, the Court ADOPTS the Supplemental Recommendation of Magistrate Judge Wang as the findings and conclusions of this Court.

Accordingly, it is ORDERED that the Supplemental Recommendation of the United States Magistrate Judge (Doc. # 31) is AFFIRMED and ADOPTED. It is

FURTHER ORDERED that Defendant Paul Lewandowski's Motion to Dismiss (Doc. # 7) is DENIED. (*See* Doc. # 31 at 3-4.)

DATED: June 25, 2015                    BY THE COURT:

*Christine M. Arguello*

CHRISTINE M. ARGUELLO
United States District Judge

2